| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| ANTWAINE BUTLER,<br><br>            Plaintiff,<br><br>    v.<br><br>B. JOHNSON,<br><br>            Defendant. | Case No. 1:19-cv-01087-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br>(ECF No. 2)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 5) |

Plaintiff Antwaine Butler is a state prisoner currently proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 9, 2019. (ECF No. 1.)

On August 13, 2019, the undersigned issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $400.00 filing fee in full in order to proceed with this action. (ECF No. 5.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 3.) Plaintiff did not file any objections.

Instead, on October 1, 2019, Plaintiff paid the $400.00 filing fee in full.

///

1

Accordingly, the August 13, 2019 findings and recommendations, (ECF No. 5), are HEREBY VACATED, and Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), is HEREBY DENIED as moot. Notwithstanding the payment of the filing fee, the Court is required to screen prisoner complaints. 28 U.S.C. § 1915A. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **October 2, 2019**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE