# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAINE BUTLER,<br><br>    Plaintiff,<br><br>    v.<br><br>B. JOHNSON,<br><br>    Defendant. | Case No.: 1:19-cv-01087-DAD-BAM (PC)<br><br>ORDER SETTING APRIL 29, 2020, SETTLEMENT CONFERENCE TO BE CONDUCTED BY **VIDEO** |

A settlement conference in this matter is scheduled on April 29, 2020, at 11:30 a.m. before the undersigned. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the settlement conference will proceed as scheduled and the parties shall participate by video. Counsel for Defendants is required to arrange for Plaintiff's participation by contacting the litigation coordinator at the institution where Plaintiff is housed. Counsel shall also contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for information on how to facilitate the conference. The Court will issue a transportation writ, if necessary, for Plaintiff's appearance by video in due course.

IT IS SO ORDERED.

Dated: __March 26, 2020__

UNITED STATES MAGISTRATE JUDGE

1