# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAINE BUTLER,<br><br>        Plaintiff,<br><br>   v.<br><br>B. JOHNSON,<br><br>        Defendant. | Case No.  1:19-cv-01087-DAD-BAM (PC)<br><br>ORDER RESETTING VIDEO SETTLEMENT CONFERENCE<br><br>**Date:  June 11, 2020**<br>**Time:  11:00 a.m.** |

A video settlement conference in this matter is currently scheduled on April 29, 2020, at 11:30 a.m. before the undersigned.  In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the settlement conference will be continued to **June 11, 2020, at 11:00 a.m.** and the parties shall participate by video.  Counsel for Defendant is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed.  Counsel shall also contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for information on how to facilitate the conference.  The Court will issue an amended transportation writ for Plaintiff's appearance by video in due course.

IT IS SO ORDERED.

Dated:   **April 20, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1