# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAINE BUTLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. JOHNSON,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01087-DAD-BAM (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE ANTWAINE BUTLER, CDCR #V-28655<br><br>(ECF No. 18)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON KERN VALLEY STATE PRISON |

On March 30, 2020, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Antwaine Butler, inmate, CDCR #V-28655, for a video settlement conference on April 29, 2020, as a witness on his own behalf in this matter. (ECF No. 18.) Now, the Court has reset the April 29, 2020 video settlement conference for June 11, 2020 at 11:00 a.m. Therefore, the transportation writ for Inmate Butler shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of Antwaine Butler, inmate, CDCR #V-28655, issued on March 30, 2020, (ECF No. 18), is VACATED;

///

1

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at Kern Valley State Prison, and on the Litigation Coordinator of any other institution(s) which require this information; and

3. The Court will issue an amended transportation writ in due course.

IT IS SO ORDERED.

Dated: **April 20, 2020**         /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE