UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAINE BUTLER,<br>　　　　　　Plaintiff,<br><br>v.<br><br>B. JOHNSON,<br>　　　　　　Defendant. | 1:19-cv-01087 DAD-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF **ANTWAINE BUTLER, CDCR #V-28655**, <u>**VIA VIDEO CONFERENCE**</u><br><br>DATE: June 11, 2020<br>TIME:  11:00 a.m. |

　　　Antwaine Butler, inmate, CDCR #V-28655, a necessary and material witness on his own behalf in a Settlement Conference in this case on June 11, 2020, is confined at Kern Valley State Prison, 3000 W. Cecil Avenue, Delano, CA 93215, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference** in Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on June 11, 2020, at 11:00 a.m.

　　**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, **to appear by video conference** before the United States District Court at the time and place above, until completion of settlement proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Kern Valley State Prison**

　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video conference** at the time and place above, until completion of the settlement proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated**:  May 11, 2020**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE