# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAINE BUTLER,<br><br>        Plaintiff,<br><br>    v.<br><br>B. JOHNSON,<br><br>        Defendant. | Case No.  1:19-cv-01087-DAD-BAM (PC)<br><br>ORDER REGARDING VIDEO SETTLEMENT CONFERENCE (VIA ZOOM)<br><br>**Date:  June 11, 2020**<br>**Time:  11:00 a.m.**<br>**Zoom Meeting ID: 160-559-4294**<br>**Password: (contact Courtroom Deputy)** |

A video settlement conference in this matter is currently scheduled on June 11, 2020, at 11:00 a.m. before the undersigned.  The Court finds that the settlement conference shall be held by videoconference via Zoom.  The parties shall use **Zoom Meeting ID: 160-559-4294**.  Counsel for Defendant shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for the meeting password.  Counsel for Defendant is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the meeting ID and password.

The Clerk's Office shall serve a courtesy copy of this order on Brian Hancock, Litigation Coordinator at Kern Valley State Prison.

IT IS SO ORDERED.

Dated:  **June 5, 2020**

    /s/ Barbara A. McAuliffe
    UNITED STATES MAGISTRATE JUDGE

1