# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTWAINE BUTLER, | Case No. 1:19-cv-01087-DAD-BAM (PC) |
|---|---|
| Plaintiff, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| B. JOHNSON, | THIRTY DAY DEADLINE |
| Defendant. | |

The Court conducted a settlement conference in this action on June 11, 2020, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.   All pending matters and dates in this action are VACATED; and

2.   The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 11, 2020**

UNITED STATES MAGISTRATE JUDGE

1